# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| **Marion Alexander Lindsey,** | ) | **C/A No. 2:26-cv-00560-DCN-MGB** |
| | ) | |
| | ) | |
| **Petitioner,** | ) | |
| **vs.** | ) | |
| | ) | **STATUS REPORT** |
| **Joel Anderson and Lydell Chestnut,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

This status report is to advise that today, the Supreme Court of the United States denied Mr. Lindsey's petition for review of the denial of his state post-conviction relief. Attached is a copy of the notice of disposition. (Attachment 1).

Respectfully submitted,

ALAN WILSON
Attorney General

DONALD J. ZELENKA
Deputy Attorney General

MELODY J. BROWN
Senior Assistant Deputy Attorney General
Fed. ID No.: 7979

P. O. Box 11549
Columbia, South Carolina 29211
(803) 734-6305

By: *s/Melody J. Brown* .
ATTORNEYS FOR RESPONDENT

October 5, 2026
Columbia, South Carolina.